IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STELLA (GATEWOOD) WILLIAMS                                  PLAINTIFF

VERSUS                                       CAUSE NO. 4:22CV87-DMB-JMV

DELTA BUS LINES, INC.                                       DEFENDANT

## MOTION TO EXCEED PAGE LIMITS

COMES NOW, defendant, DELTA BUS LINES, INC., by and through counsel, and files its *Motion to Exceed Page Limits* and states, as follows:

1.      Plaintiff, STELLA (GATEWOOD) WILLIAMS,  brought this action against defendant, DELTA BUS LINES, INC., alleging  Title VII sexual harassment claims and violations of the Americans with Disabilities Act.  More specifically, plaintiff asserts that defendant is *"liable for discrimination against plaintiff because of her disability, including failing to engage in the interactive process, and in refusing to accommodate her disability"* and *"for quid pro quo sexual harassment and hostile work environment sexual harassment."*

2.      On July 24, 2023,  defendant, DELTA BUS LINES, INC., filed its *Motion for Summary Judgment* [Dkt. 60].  On August 7, 2023, plaintiff filed her response to the *Motion for Summary Judgment* [Dkt. 62]. Defendant, likewise, filed its *Reply* on August 14, 2023.

3.      Local Rule 7(b)(5) provides, in relevant part, that *"[m]ovant's original and rebuttal memorandum briefs together may not exceed a total of thirty-five pages."*

4.      Defendant, DELTA BUS LINES, INC.'S original and rebuttal memorandum briefs in support of the *Motion of Summary Judgment* exceed the thirty-five page limit set forth in the Rule by six (6) pages.

5.      Defense counsel  attempted to streamline the memorandum briefs as much as possible but due to the complexities and the number of issues involved in this case, the memorandum briefs exceed the page limit.   More specifically, plaintiff raised new defenses in her *Memorandum Brief in Opposition to Summary Judgment* and DBL, in an effort to adequately address the new defenses, exceeded the page limit set by Rule 7(b)(5).  For example, plaintiff, for the first time, asserted that DBL waived its statute of limitations defense.  Plaintiff also asserted a retaliation claim despite the fact that a plain language reading of the *First Amended Complaint* indicates that plaintiff only asserts claims for  "*quid pro quo sexual harassment and hostile work environment sexual harassment.*"  See Dkt. 20, p. 4.  Additionally, plaintiff referenced two new exhibits in support of her *Memorandum*: (1) November 8, 2021, Letter from DBL to the EEOC and the affidavit of Stella Gatewood.  In an effort to address the new defenses presented by plaintiff, DBL exceeded the applicable page limit. Consequently, defendant asks for permission to exceed the page limit for its memorandum briefs by six (6) pages.

6.      No party will be prejudiced by a grant of this *Motion*.

7.      Defense counsel has conferred with opposing counsel regarding this *Motion* and opposing counsel has no objection to the relief sought in this *Motion*.

8.      Considering the simplicity of this motion, the undersigned requests that this Honorable Court waive the necessity of filing a memorandum of authorities in

support of this motion. If the Court is unwilling to waive the requirement, the undersigned will file a separate memorandum of authorities upon receiving said notice.

WHEREFORE, PREMISES CONSIDERED, defendant, DELTA BUS LINES, INC., respectfully requests this Honorable Court grant the *Motion to Exceed Page Limits* and grant any such other general relief to which defendant is entitled.

RESPECTFULLY SUBMITTED, this the 14th day of August, 2023.

DELTA BUS LINES, INC., DEFENDANT

BY: /s/ Tamekia R. Goliday
TAMEKIA R. GOLIDAY, MSB 99431
Attorney for Defendant

OF COUNSEL:
GOLIDAY LAW FIRM
Post Office Box 13632
Jackson, Mississippi 39236
T: (601) 368-1800
F: (769) 233-8095
E: trg@golidaylawfirm.com

## CERTIFICATE OF SERVICE

I, TAMEKIA R. GOLIDAY, counsel for defendant, certify that on August 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the *ECF* system which sent notification of such filling to the following:

Honorable Rachel Pierce Waide
rpierce@waidelaw.com

I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None

THIS, the 14th day of August, 2023.

/s/ Tamekia R. Goliday
TAMEKIA R. GOLIDAY
Attorney for Defendant